Wardwell *v.* Taylor, and Brown *v.* Brown.

Between NEWTON M. WARDWELL, appellant, and MOSES TAYLOR, respondent.

[Decided at June Term, 1861.]

*Hayes* and *Bradley*, for appellant.

*L. C. Grover* and *Frelinghuysen*, for respondent.

The decree of the Chancellor was affirmed by the following vote:

*For affirmance*—Judges BROWN, COMBS, CORNELISON, KENNEDY, OGDEN, RISLEY, SWAIN, VAN DYKE, VREDENBURGH—9.

*For reversal*—None.

Between HARRIET BROWN, appellant, and OTIS H. BROWN, respondent.*

[Decided at March Term, 1862.]

This case is reported in Chancery, in 1 *McCarter* 78.

It was argued by *Jacob Weart*, for appellant, *ex parte.*

The decree of the Chancellor was reversed by the following vote:

*For reversal*—Judges BROWN, COMBS, ELMER, HAINES, KENNEDY, OGDEN, VAN DYKE, VREDENBURGH, WHELPLEY, WOOD—10.

*For affirmance*—None.

---

* The reporter regrets that he has been unable (after a diligent search) to obtain the very elaborate opinion which was prepared by Chief Justice Whelpley, and read by him in pronouncing the judgment of the court in this case.